UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Brandon Manfrez Byrd (Booker),

    Plaintiff,

        v.                                   Case No. 1:20cv650

Sheriff Srgt. Drandridge, *et al.*,         Judge Michael R. Barrett

    Defendants.

## ORDER

This matter is before the Court on the Report and Recommendation ("R&R") filed by the Magistrate Judge on October 9, 2020 (Doc. 3).

Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the R&R in a timely manner. *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981). No objections to the Magistrate Judge's R&R (Doc. 3) have been filed.

Accordingly, it is **ORDERED** that the R&R (Doc. 3) of the Magistrate Judge is hereby **ADOPTED**. Consistent with the recommendation by the Magistrate Judge, more than 30 days has elapsed. Plaintiff has failed to comply with the Court's order to pay the filing fee or submit an application to proceed in forma pauperis. The matter is closed and terminated from the docket of this Court.

    **IT IS SO ORDERED.**

                                            *s/Michael R. Barrett*
                                            Michael R. Barrett, Judge
                                            United States District Court